UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., Plaintiff, vs. MAL YE KIM, individually and d/b/a MARTINI ZOO, Defendant. | CIVIL NO. 12-00236 ACK-KSC FINDINGS AND RECOMMENDATION Hrg date: 11/21/2012 Time: 9:30 a.m. Judge: Kevin S.C. Chang Trial Date: Not Assigned |

**FINDINGS AND RECOMMENDATION**

On November 21, 2012, this Court heard Plaintiff's Motion for Default Judgment, filed November 7, 2012. Dan S. Ikehara, Esq., appeared by telephone on behalf of Plaintiff Joe Hand Promotions, Inc. No other appearances were made. The Court, having reviewed and considered the Motion, Memorandum of Points and Authorities in Support of Plaintiff's Motion for Default Judgment, the affidavits, declarations and exhibits attached thereto, oral argument presented by counsel, and the record herein, and being fully advised in the premises and for good cause appearing, finds and recommends as follows:

    1. The Clerk's Entry of Default against Defendant Mal Ye Kim, individually and d/b/a Martini Zoo was entered on July 24, 2012.

2. There was no appearance, no objection and no opposition by Defendant to Plaintiff's Motion for Default Judgment against Defendant Mal Ye Kim, individually and d/b/a Martini Zoo.

3. Based upon Plaintiff's exhibits, affidavits, declaration and memorandum, the Court recommends an award of **$1,200** in statutory damages, and **$5,000** in enhanced damages to pursuant to 47 U.S.C. Section 605(e)(3)(c).

4. The Court also recommends an award of $1,720.00 in attorneys' fees, $78.88 in GET, and $417.80 in costs, for a total of $2,216.68, pursuant to 47 U.S.C. Section 605(e)(3)(B)(iii).

In accordance with the foregoing, this Court FINDS and RECOMMENDS that Plaintiff's Motion for Default Judgment be GRANTED, that statutory damages in the amount of $6,200.00, and attorneys' fees and costs in the amount of $2,216.68, for a total of **$8,416.68**, be awarded, and that Default Judgment enter against Defendant Mal Ye Kim, individually and d/b/a Martini Zoo.

IT IS SO FOUND AND RECOMMENDED.

DATED:  Honolulu, Hawai`i,  December 3, 2012.



Kevin S.C. Chang
United States Magistrate Judge