IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

|  |  |
|---|---|
| JOE HAND PROMOTIONS, INC., | ) Civ. No. 12-00236 ACK-KSC |
| Plaintiff, | ) |
| v. | ) |
| MAL YE KIM, individually and d/b/a MARTINI ZOO, | ) |
| Defendant. | ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS AND RECOMMENDATIONS

Findings and Recommendation having been filed on December 3, 2012, and served on all parties on December 3 and 10, 2012,[1] and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation" of December 3, 2012 (Doc. No. 23) are adopted as the opinion and order of this Court.

---

[1] Plaintiff was served electronically on December 3, 2012. Defendant was served by first class mail at her last known address on December 10, 2012, which is the same address reflected on Plaintiff's late-filed Certificate of Service (see Doc. No. 24).

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, January 7, 2013



_____
Alan C. Kay
Sr. United States District Judge